JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD STEVENSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>AVTOMEDON, INC., et al.,<br><br>　　　　Defendant. | Case No. 2:23-cv-02701-AB-PD<br><br>**ORDER DISMISSING CIVIL ACTION** |

　　The Court has been advised that this action has been settled.

　　The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  June 22, 2023

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　ANDRÉ BIROTTE JR.
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1.